UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00527-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  AYMAN SAYED YOUSSEF,

      Defendant.

**ORDER GRANTING PLAINTIFF'S MOTION TO DISCLOSE
MATTERS OCCURRING BEFORE GRAND JURY TO DEFENDANT**

THIS MATTER is before the Court on Plaintiff's Motion to Disclose Matters Occurring Before Grand Jury to Defendant **(#8)**, pursuant to Fed. R. Crim. P. 6 (e) (3) (E) (i). Having reviewed the motion,

**IT IS ORDERED** that Plaintiff's motion is granted. Testimony of witnesses before the grand jury and exhibits presented to the grand jury may be disclosed to the defendant and his counsel in the course of discovery in this case. It is

**FURTHER ORDERED** that such materials shall only be used in defending this case; that such materials may be disclosed only to the defendant and his attorney; that if copies are made, the defendant's attorney shall maintain custody of such copies, and shall not reproduce or disseminate them; and that any material provided pursuant to this Order shall be returned to the plaintiff at the completion of the case.

DATED this 15th day of March, 2011.

                                                      **BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge